02892-T7697
BJP/tlp

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| ROBERT T. BRUEGGE, Trustee in the Matter of ANTHONY CLOW, Debtor and ANTHONY CLOW, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> METROPOLITAN PROPERTY and CASUALTY INSURANCE COMPANY, a company Organized under the laws of the State of Rhode Island, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) 3:13-cv-01256-JPG-DGW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

<u>NOTICE OF REMOVAL</u>

Defendant, METROPOLITAN CASUALTY INSURANCE COMPANY, improperly named as METROPOLITAN PROPERTY and CASUALTY INSURANCE COMPANY, pursuant to 28 U.S.C. §1441, files this Notice of Removal to this Court, stating that:

1. Defendant is the sole Defendant in the above-entitled action.

2. On October 23, 2013, the above-entitled action was commenced against Defendant in the Circuit Court of the Second Judicial Circuit of Illinois, Richland County, entitled *Robert T. Bruegge, Trustee in the Matter of Anthony Clow, Debtor and Anthony Clow, Individually, Plaintiffs v. Metropolitan Property and Casualty Insurance Company, a company Organized Under the Laws of the State of Rhode Island, Defendant,* numbered 2013-L-19.

3. On November 5, 2013, Defendant was served with a Summons and Complaint in the above-entitled action at Metropolitan Life Insurance Company, Tampa, Florida, by service upon the Metropolitan Law Department.

4. No further proceedings have been had in the above-entitled action to the best of Defendant's knowledge, information and belief.

5. The above-entitled action is a civil action alleging breach of contract and breach of statutory duties under the Illinois Insurance Code, 215 ILCS 5/155.

6. Metropolitan Casualty Insurance Company is a corporation duly organized under the laws of the State of Rhode Island, with its principal place of business in Warwick, Rhode Island.

7. The amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs.

8. This Court therefore has jurisdiction of the above-entitled cause of action under 28 U.S.C. §1332, and removal of the action to this Court is proper under 29 U.S.C. §1441.

9. Copies of all process, pleadings, and orders served on this Defendant in the above-entitled cause of action are filed herewith, in accordance with 28 U.S.C. §1446(a). A copy of Plaintiffs' Complaint is filed herewith, along with Summons and Defendant's Entry of Appearance, and Defendant's Motion to Dismiss filed in error in Richland County and returned by the Circuit Clerk thereof.

10. This Notice is filed with this Court within thirty (30) days after receipt by Defendant of the Complaint in the above-entitled action.

11. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant, METROPOLITAN CASUALTY INSURANCE COMPANY, prays that the above-entitled action be removed from the Circuit Court of the Second Judicial Circuit of the State of Illinois, Richland County, to this Court.

Respectfully submitted,

METROPOLITAN CASUALTY INSURANCE COMPANY,
Defendant

By: s/Brian M. Smith
   Brian M. Smith
   ARDC #6293822
   Heyl, Royster, Voelker & Allen
   102 E. Main Street, Suite 300
   Urbana, Illinois 61801
   Telephone: 217.344.0060
   Facsimile: 217.344.9295
   Email: bsmith@heylroyster.com

23937715_1

PROOF OF SERVICE

I hereby certify that on December 5, 2013, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system.

I also hereby certify that on December 5, 2013, I have mailed by United States Postal Service the foregoing Notice of Removal to the following non-CM/ECF participant:

Mr. Charles C. Roberts
Law Offices of Charles C. Roberts, Ltd.
504 West Main
Olney, IL 62450

                                                          By: s/Brian M. Smith
                                                              Brian M. Smith
                                                              ARDC #6293822
                                                              Heyl, Royster, Voelker & Allen
                                                              102 E. Main Street, Suite 300
                                                              Urbana, Illinois 61801
                                                              Telephone: 217.344.0060
                                                              Facsimile: 217.344.9295
                                                              Email: bsmith@heylroyster.com

23937715_1