# UNITED STATES DISTRICT COUT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT T. BRUEGGE,<br>Trustee in the matter of<br>Anthony Clow, Debtor et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>METROPOLITAN PROPERTY AND<br>CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 13-1256 JPG/DGW<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

In light of Seventh Circuit Court of Appeals admonitions, *see Foster v. Hill*, 497 F.3d 695, 696-97 (7th Cir. 2007), the Court has undertaken a rigorous initial review of pleadings to ensure that jurisdiction has been properly pled. The Court has noted the following defect in the jurisdictional allegations of the Notice of Removal (Doc. 3) filed by defendant Metropolitan Property and Casualty Insurance Company:

> **Failure to allege the citizenship of each party.** A Notice of Removal asserting diversity jurisdiction must allege the citizenship of each party. 28 U.S.C. § 1332(a)(1). Notice of Removal fails to allege the plaintiff's citizenship.

The Court hereby **ORDERS** that defendant Metropolitan Property and Casualty Insurance Company shall have up to and including December 30, 2013 to amend the faulty pleading to correct the jurisdictional defect. *See* 28 U.S.C. § 1653. Failure to amend the faulty pleading may result in remand of this case for lack of subject matter jurisdiction.

Amendment of the faulty pleading to reflect an adequate basis for subject matter jurisdiction will satisfy this order. Defendant Metropolitan Property and Casualty Insurance Company is directed to consult Local Rule 15.1 regarding amended pleadings and need not seek leave of Court to file such amended pleading.

**IT IS SO ORDERED.**
**DATED: December 13, 2013**

                                            *s/J. Phil Gilbert*
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**