IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT T. BRUEGGE, *Trustee in the Matter of Anthony Clow, Debtor, et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN CASUALTY INSURANCE COMPANY, *a subsidiary of Metropolitan Property and Casualty Insurance Company,*<br><br>Defendant. | Case No.: 13-1256 JPG/DGW |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: April 27, 2015**             JUSTINE FLANAGAN, Acting Clerk of Court

                                              By: s/ Tammy McMannis
                                                    **Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
                 **J. PHIL GILBERT
                 DISTRICT JUDGE**